# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 1:10cr00055-001 |
| | ) | |
| **MICKEY WORLEY,** | ) | **O R D E R** |
| | ) | |
| **Defendant** | ) | By: Pamela Meade Sargent |
| | ) | United States Magistrate Judge |

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, the defendant appeared before the undersigned on March 14, 2011, on a petition alleging that he had violated the terms and conditions of his pretrial release imposed upon January 11, 2011. Based on the evidence presented, I find that the defendant has violated his conditions of release as set forth in the petition. I further find that the evidence presented shows probable cause that the defendant has committed another federal, state or local felony while on pretrial release. The finding that there is probable cause to show that the defendant has committed another felony while on pretrial release raises a presumption that there is no condition or combination of conditions that will assure the safety of the community if allowed to remain on pretrial release. I find that the defendant has failed to rebut that presumption. Therefore, it is **ORDERED** that the defendant's pretrial released is revoked and he shall remain detained pending trial.

Upon the court's finding that the defendant has violated the terms and conditions of his bond based on his failure to comply with his conditions of pretrial

release, it is hereby **ORDERED** that the $10,000.00 unsecured bond entered into by the defendant on January 11, 2011, should be **FORFEITED** pursuant to Federal Rule of Criminal Procedure 46(f)(1).

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is directed to send copies of this Order to all counsel of record.

ENTER: March 14, 2011.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE