IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No. 1:10CR00055 |
| | : | |
| MICKEY WORLEY | : | |

NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO F.R.E. 404(b)

The government hereby notifies the defendant that it intends on introducing evidence of other bad acts and crimes of the defendant in its case-in-chief pursuant to Fed. R. Evid. 404(b). Specifically, the government intends on introducing evidence that on or about January 23, 2011, the defendant was arrested by law enforcement authorities when he was found in an active methamphetamine lab located in Sullivan County, Tennessee.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

/s/ Zachary T. Lee
Zachary T. Lee, VSB 47087
Assistant United States Attorney
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)

CERTIFICATE OF SERVICE

1

I hereby certify that on March 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Jimmie Hess, Esq., counsel for defendant.

                                      /s/ Zachary T. Lee
                                      Assistant United States Attorney