# CRIMINAL MINUTES - GENERAL MINUTES

| | | | |
|---|---|---|---|
| **Case No.:** | **1:10CR55** | **Date:** | **March 14, 2011** |

**DEFENDANT**: Mikey Worley; present; custody        **COUNSEL**: Jimmie Hess; present; retained

PRESENT:    Pamela Meade Sargent, U. S. Magistrate JUDGE    Time in Court: 11:05 - 11:10
            Deputy Clerk:        Ella Surber
            Court Reporter:      Ella Surber
            U. S. Attorney:      Zachary Lee
            USPO:                Ted Price

Parties present for bond revocation hearing; defendant advised of rights; allegations contained in the petition; and nature of proceedings; Govt relies on the petition as evidence; deft does not contest the allegations contained in the petition; court finds defendant has violated; bond is revoked and ordered forfeited;

Defendant remanded to custody.